1  ROBERT R. POWELL, ESQ. (SBN: 159747)
   DENNIS R. INGOLS, ESQ. (SBN: 236458)
2  LAW OFFICES OF ROBERT R. POWELL
   925 WEST HEDDING STREET
3  SAN JOSE, CA 95126-1216
   TELEPHONE (408) 553-0200
4
   Attorneys for Plaintiffs
5  DOWELL and STEVEN & STEVEN MCLAUGHLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| DOWELL MCLAUGHLIN, and STEVEN MCLAUGHLIN, <br><br> Plaintiffs <br> vs. <br><br> COUNTY OF EL DORADO, KATE MCCULLOUGH, ANGELA WILSON, JANICE EASTBURN, CHRISTOPHER WEBBER, DAMIAN FRISBY, T. WRIGHT, CAMERON CARMICHAEL, CITY OF SOUTH LAKE TAHOE, OFFICER EISSINGER. <br><br> Defendants. | Case Number: CIV.S-10-02551-LKK-GGH <br><br> STIPULATION FOR DISMISSAL OF DEFENDANTS ANGELA WILSON, DAMIAN FRISBY AND TROY WRIGHT <br><br> AND <br><br> ORDER DISMISSING DEFENDANTS ANGELA WRIGHT, DAMIAN FRISBY AND TROY WRIGHT |

IT IS HEREBY STIPULATED between all parties, Plaintiffs DOWELL McLAUGHLIN and STEVEN McLAUGHLIN, Defendants COUNTY OF EL DORADO, KATE MCCULLOUGH, ANGELA WILSON, DAMIAN FRISBY, TROY WRIGHT and JANICE EASTBURN, and Defendants CITY OF SOUTH LAKE TAHOE, CHRISTOPHER WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER, that in consideration of a mutual waiver of all claims of costs an attorneys fees, Defendants ANGELA WILSON,

1  DAMIAN FRISBY and TROY WRIGHT can and shall be dismissed, with prejudice.

2  DATED:  September 13, 2011            LAW OFFICES OF ROBERT R. POWELL

3

4
                                         By:      /s/ Dennis R. Ingols
5                                             DENNIS R. INGOLS, #236458
                                              Attorneys for Plaintiffs
6                                             DOWELL McLAUGHLIN and STEVEN
                                              McLAUGHLIN
7

8  DATED:  September 16, 2011            BARKETT & GUMPERT
                                         Attorneys at Law
9

10
                                         By:   /s/Franklin G. Gumpert
11                                             FRANKLIN G. GUMPERT, # 66051
                                              Attorneys for Defendants
12                                            COUNTY OF EL DORADO, KATE
                                              MCCULLOUGH, ANGELA WILSON, JANICE
13                                            EASTBURN, DAMIAN FRISBY and TROY
                                              WRIGHT
14
   DATED: September 13, 2011             OFFICE OF THE CITY ATTORNEY
15

16
                                         By:     /s/ Nira Feeley
17                                             NIRA FEELEY, # 254523
                                              Attorneys for Defendants CITY OF SOUTH
18                                            LAKE TAHOE, CHRISTOPHER WEBBER,
                                              CAMERON CARMICHAEL and ANDREW
19                                            EISSINGER

20

21

22

23

24

25

## ORDER DISMISSING DEFENDANTS DAMIAN FRISBY AND TROY WRIGHT

## WITH PREJUDICE

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendants ANGELA WILSON, DAMIAN FRISBY and TROY WRIGHT be dismissed, with prejudice.

DATED:  September 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT