1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

DOWELL McLAUGHLIN,
10  et al.,
                                NO. CIV. S-10-2551 LKK/GGH
11          Plaintiffs,

12      v.
                                    O R D E R
13  COUNTY OF EL DORADO,
    et al.,
14
            Defendants.
15  _____/

16      Defendants City of South Lake Tahoe, <u>et al.</u>, move for an order

17  enforcing  that  portion  of  their  settlement  agreement  with

18  plaintiffs that requires "Plaintiffs to comply with the terms of

19  the Agreement by applying to this Court for appointment of a GAL

20  [Guardian Ad Litem], or in some fashion ensuring that the minor

21  children are brought within the jurisdiction of this Court."

22      The  plaintiffs  have  filed  a  Statement  of  Non-Opposition,

23  asserting that defendants simply have not given them enough time

24  to  accomplish  the  application  and  consequent  amendment  of  the

25  complaint (Dkt. No. 43).  All other parties (that is, the remaining

26  defendants) have also filed a Statement of Non-Opposition.

                                1

1.    Defendants' unopposed motion – to the degree it seeks to compel plaintiffs to seek a guardian ad litem, as implicitly agreed to in the settlement agreement (according to defendants) – is **GRANTED**;[1]

2.    As provided by Fed. R. Civ. P. 17(c) and E.D. Cal. R. 202(a), plaintiffs shall apply to this Court – no later than November 21, 2011 – for the appointment of a Guardian Ad Litem for the minor children whose claims are sought to be compromised in this case; and

3.    No later than November 21, 2011, plaintiffs shall file a motion to amend the complaint to include the Guardian Ad Litem; and

4.    The hearing scheduled for November 21, 2011 is **VACATED**.

IT IS SO ORDERED.

DATED:  November 10, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1]    This order does not enforce the overall settlement agreement, which has yet to be shown to be in the best interests of the minor children.

2