UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOWELL McLAUGHLIN, et al.,

    Plaintiffs,

  v.

COUNTY OF EL DORADO, et al.,

    Defendants.

_____/

NO. CIV. S-10-2551 LKK/GGH

O R D E R

    1.   Plaintiffs' motions to amend the First Amended Complaint, and for appointment of a Guardian Ad Litem (Dkt. No. 48), shall remain on the December 5, 2011 calendar with its current briefing schedule;

    2.   The December 5, 2011 hearing on the cross-motions for summary judgment (Dkt. Nos. 36 & 44), which motions are based upon the above-referenced First Amended Complaint, is **VACATED**;

        a.   If the parties choose, they may renew their cross-motions, or file replacement motions (including a renewed or replacement motion for approval of the minors' compromise), after the court has ruled on the motions to amend and appoint a Guardian

1

Ad Litem ("GAL").

      b.  Such renewed or replacement motions, if any, shall be filed no later than two weeks after the court has ruled on the motions to amend and for appointment of a GAL;

3.  Plaintiffs' "*ex parte*" application (Dkt. No. 33) to modify the scheduling order is denied as moot.[1]

IT IS SO ORDERED.

DATED: November 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs asserted that they needed additional time to get a transcript for their summary judgment motion. They now have the time available to get the transcript for use in their renewed or replacement summary judgment motion.