ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
BRETT O. TERRY, ESQ.     CSB: 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO Division)

| | |
|---|---|
| DOWELL MCLAUGHLIN, et al. ) | Case No. 2:10-CV-2551-LKK-GGH |
| ) | |
| Plaintiffs, ) | [proposed] ORDER APPROVING |
| v.                                                    ) | MINORS' COMPROMISE |
| ) | |
| COUNTY OF EL DORADO, et al.,      ) | |
| ) | |
| Defendants.      ) | |
| _____ ) | |

    Plaintiffs herein, by and through their counsel, submitted An Ex-Parte Application for Court Approval of Minor's Compromise of Claims ("Petition") on December 21, 2011, pertaining to a settlement that Plaintiffs had reached with the City of South Lake Tahoe and all employee-defendants of said entity.

    Upon review of the file and consideration of the Petition, the Declaration of Plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-opposition of any Defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

[Proposed] Order Approving Minors' Compromise
McLaughlin v. County of El Dorado
(Case No. 2:10-CV-2551-LKK-GGH)

GOOD CAUSE APPEARING,

1.      The minors' claims against the Defendant City of South Lake Tahoe, and the individually-named employee-defendants of said entity, as compromised pursuant to the terms of the Settlement Agreement and General Release (as described in the Petition), the periodic payment schedule (Exhibit A to the Petition, and to the Declaration of Robert R. Powell, redacted to protect the minors' privacy), and the Non-Qualified Assignment and Release (as described in Exhibit B to the Declaration of Robert R. Powell), is approved.

2.      Plaintiffs' counsel may attach the fully-executed, <u>non-redacted</u> settlement documents, when obtained, to this Order for purposes of submitting same to Liberty Life Assurance Company of Boston and/or BARCO Assignments Ltd.

3.      The Court approves the distribution of attorneys' fees and costs to Plaintiffs' counsel as set forth in the Petition.

4.      The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendants City of South Lake Tahoe and the individually-named employee-defendants, and all employees of said entities, with prejudice.  Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED**

Dated: ___/___/20__                                          _____
                                                             Hon. Lawrence K. Karlton
                                                             U.S. District Court Judge

[Proposed] Order Approving Minors' Compromise
McLaughlin v. County of El Dorado
(Case No. 2:10-CV-2551-LKK-GGH)