ROBERT R. POWELL, ESQ. (SBN: 159747)
DENNIS R. INGOLS, ESQ. (SBN: 236458)
LAW OFFICES OF ROBERT R. POWELL
925 WEST HEDDING STREET
SAN JOSE, CA 95126-1216
TELEPHONE (408) 553-0200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| DOWELL MCLAUGHLIN, ) <br> ) <br> ) <br> Plaintiffs ) <br> vs. ) <br> ) <br> COUNTY OF EL DORADO, ) <br> KATE MCCULLOUGH, ANGELA ) <br> WILSON, JANICE EASTBURN, ) <br> CHRISTOPHER WEBBER, DAMIAN ) <br> FRISBY, T. WRIGHT, CAMERON ) <br> CARMICHAEL, CITY OF SOUTH ) <br> LAKE TAHOE, OFFICER EISSINGER. ) <br> ) <br> Defendants. ) | Case Number: CIV.S-10-02551-LKK-GGH <br><br> STIPULATION AND ORDER FOR DISMISSAL |

**IT IS HEREBY STIPULATED** IT IS HEREBY STIPULATED between all parties,

Plaintiffs DOWELL McLAUGHLIN, individually and as Guardian Ad Litem for minor

Plaintiffs M.M., C.M., and H.M., and STEVEN McLAUGHLIN, Defendants COUNTY OF

EL DORADO, KATE MCCULLOUGH, ANGELA WILSON, DAMIAN FRISBY, TROY

WRIGHT and JANICE EASTBURN, and Defendants CITY OF SOUTH LAKE TAHOE,

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

1

CHRISTOPHER WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER, that the Amended Complaint, including all claims by all Plaintiffs against Defendants CITY OF SOUTH LAKE TAHOE, CHRISTOPHER WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER, are hereby dismissed by Plaintiffs with prejudice.

Claims by Plaintiffs against COUNTY OF EL DORADO, KATE MCCULLOUGH, and JANICE EASTBURN are still pending, and are unaffected by this dismissal.

DATED: April 18, 2012            LAW OFFICES OF ROBERT R. POWELL

                                 By:    /s/ Dennis R. Ingols
                                        DENNIS R. INGOLS, #236458
                                        Attorneys for Plaintiffs

DATED: April 18, 2012            By:    /s/ Nira Feeley
                                        NIRA FEELEY, # 254523
                                        Attorneys for Defendants CITY OF SOUTH
                                        LAKE TAHOE, CHRISTOPHER WEBBER,
                                        CAMERON CARMICHAEL and ANDREW
                                        EISSINGER

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

2

**ORDER**

THE STIPULATION FOR DISMISSAL was not executed by all parties.

Specifically, the first six (6) defendants listed in the stipulation, have not executed it.

ACCORDINGLY, the court cannot approve the dismissal at this time.

DATED: April 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

3