1  ROBERT R. POWELL, ESQ. (SBN: 159747)
   DENNIS R. INGOLS, ESQ. (SBN: 236458)
2  LAW OFFICES OF ROBERT R. POWELL
   925 WEST HEDDING STREET
3  SAN JOSE, CA 95126-1216
   TELEPHONE (408) 553-0200
4
5  Attorneys for Plaintiffs

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                            (SACRAMENTO DIVISION)
10

11
   DOWELL MCLAUGHLIN,              )   Case Number: CIV.S-10-02551-LKK-GGH
12                                  )
                                    )   STIPULATION AND ORDER FOR
13            Plaintiffs            )   DISMISSAL
   vs.                              )
14                                  )
   COUNTY OF EL DORADO,             )
15 KATE MCCULLOUGH, ANGELA          )
   WILSON, JANICE EASTBURN,         )
16 CHRISTOPHER WEBBER, DAMIAN       )
   FRISBY, T. WRIGHT, CAMERON       )
17 CARMICHAEL, CITY OF SOUTH        )
   LAKE TAHOE, OFFICER EISSINGER.   )
18                                  )
19            Defendants.           )

20
   **IT IS HEREBY STIPULATED** between all parties, Plaintiffs DOWELL McLAUGHLIN,
21
   individually and as Guardian Ad Litem for minor Plaintiffs M.M., C.M., and H.M., and
22
   STEVEN McLAUGHLIN, Defendants COUNTY OF EL DORADO, KATE
23
   MCCULLOUGH, ANGELA WILSON, DAMIAN FRISBY, TROY WRIGHT and JANICE
24
   EASTBURN, and Defendants CITY OF SOUTH LAKE TAHOE, CHRISTOPHER
25

Stipulation and Order for Dismissal                1
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER, that the Amended Complaint, including all claims by all Plaintiffs against Defendants CITY OF SOUTH LAKE TAHOE, CHRISTOPHER WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER, are hereby dismissed by Plaintiffs with prejudice.

Claims by Plaintiffs against COUNTY OF EL DORADO, KATE MCCULLOUGH, and JANICE EASTBURN are still pending.

DATED:  April 23, 2012                    LAW OFFICES OF ROBERT R. POWELL


By:       /s/ Dennis R. Ingols
          DENNIS R. INGOLS, #236458
          Attorneys for Plaintiffs

DATED:  April 26, 2012                    CAULFIELD, DAVIES & DONAHUE, LLP
                                          Attorneys at Law
                                          ANDREW T. CAULFIELD, # 238300


By:   /s/ Andrew T. Caulfield
      ANDREW T. CAULFIELD, # 238300
      Attorneys for Defendants
      COUNTY OF EL DORADO, KATE
      MCCULLOUGH, ANGELA WILSON, JANICE
      EASTBURN, DAMIAN FRISBY and TROY
      WRIGHT

                                          OFFICE OF THE CITY ATTORNEY

DATED: April 23, 2012     By:    /s/ Nira Feeley
                                 NIRA FEELEY, # 254523
                                 Attorneys for Defendants CITY OF SOUTH
                                 LAKE TAHOE, CHRISTOPHER WEBBER,
                                 CAMERON CARMICHAEL and ANDREW
                                 EISSINGER

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

**ORDER**

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants CITY OF SOUTH LAKE TAHOE, CHRISTOPHER WEBBER, CAMERON CARMICHAEL and ANDREW EISSINGER be dismissed, with prejudice.

DATED: April 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

3