UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOWELL MCLAUGHLIN, et al,

     Plaintiffs,

  v.

COUNTY OF EL DORADO, et al.,

     Defendants.

NO. Civ.S-10-2551 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

Counsel for plaintiffs has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case - including the Motion for Approval of Minor's Compromise, which must comply with E.D. Cal. R. 202(b)(2) - be filed no later than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  November 13, 2012.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```