ROBERT R. POWELL, ESQ. (SBN: 159747)
DENNIS R. INGOLS, ESQ. (SBN: 236458)
LAW OFFICES OF ROBERT R. POWELL
925 WEST HEDDING STREET
SAN JOSE, CA 95126-1216
TELEPHONE (408) 553-0200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| DOWELL MCLAUGHLIN, ) | Case Number: CIV.S-10-02551-LKK-GGH |
| ) | |
| ) | STIPULATION AND ORDER FOR |
| Plaintiffs ) | DISMISSAL |
| vs. ) | |
| ) | |
| COUNTY OF EL DORADO, ) | |
| KATE MCCULLOUGH, ANGELA ) | |
| WILSON, JANICE EASTBURN, ) | |
| CHRISTOPHER WEBBER, DAMIAN ) | |
| FRISBY, T. WRIGHT, CAMERON ) | |
| CARMICHAEL, CITY OF SOUTH ) | |
| LAKE TAHOE, OFFICER EISSINGER. ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** between all parties, Plaintiffs DOWELL McLAUGHLIN,

individually and as Guardian Ad Litem for minor Plaintiffs M.M., C.M., and H.M., and

STEVEN McLAUGHLIN, Defendants COUNTY OF EL DORADO, KATE

MCCULLOUGH, and JANICE EASTBURN, that the Second Amended Complaint, including

all claims by all Plaintiffs against Defendants COUNTY OF EL DORADO, KATE

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

1

MCCULLOUGH, and JANICE EASTBURN, are hereby dismissed by Plaintiffs with prejudice.

DATED:  January 7, 2013          LAW OFFICES OF ROBERT R. POWELL

By:   /s/ Dennis R. Ingols
DENNIS R. INGOLS, #236458
Attorneys for Plaintiffs

DATED: January 7, 2013    By:   /s/ Andrew T. Caulfield, Esq.
Attorney for Defendants County of El Dorado, Janice Eastburn, Kate McCullough

**ORDER**

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants COUNTY OF EL DORADO, KATE MCCULLOUGH, and JANICE EASTBURN be dismissed, with prejudice.

DATED:  February 21, 2013.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order for Dismissal
McLaughlin v. County of El Dorado
Case No. CIV.S-10-02551-LKK-GGH

2